AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Mitchell, Suzanne | United States District Court, Western District of Oklahoma | 07/24/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge | ☐ Nomination Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

200 NW 4th Street
Oklahoma City, OK 73102

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
| --- | --- | --- |
| 1. 2016 | US Judges Admin Office of the US - Salary | $163,565.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
| --- | --- |
| 1. 2016 | McAfee & Taft - Salary |
| 2. 2016 | Oklahoma City University - Salary |
| 3. 2016 | Legacy Financial Services Group - Partnership Income |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
| --- | --- | --- | --- | --- |
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Mitchell, Suzzanne** | 07/24/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | First Mortgage Company | Mortgage - Rental Property #1 (Part VII, Line 1) | M |
| 2. | Sun Trust Mortgage Inc.(See Part VIII.) | Mortgage - part Personal Property, part Rental Property #2 (Part VII, Line 2) | N |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mitchell, Suzzanne | 07/24/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. RENTAL PROPERTIES (H) | | | | | | | | | |
| 2. Rental Property #1 - Cleveland County, Norman, OK | D | Rent | M | W | | | | | |
| 3. Rental Property #2 - Oklahoma County, Oklahoma City, OK | D | Rent | L | W | | | | | |
| 4. | | | | | | | | | |
| 5. CASH AND BONDS (H) | | | | | | | | | |
| 6. UMB Accounts | A | Interest | L | T | | | | | |
| 7. First United Bank | A | Int./Div. | J | T | | | | | |
| 8. Chase Accounts | A | Interest | K | T | | | | | |
| 9. | | | | | | | | | |
| 10. RAYMOND JAMES ACCOUNT (H) | | | | | | | | | |
| 11. Invesco Mid Cap Growth Fund Class A | A | Dividend | J | T | | | | | |
| 12. Invesco Comstock Fund Class A M/F | A | Dividend | J | T | | | | | |
| 13. Capital Income Builder Fund Class A American Funds M/F | A | Dividend | K | T | | | | | |
| 14. Capital World Growth & Income Fund Class A American FD M/F | A | Dividend | K | T | | | | | |
| 15. Investment Company of America Class A American Funds M/F | A | Dividend | L | T | | | | | |
| 16. Washington Mutual Investors Class A American Funds M/F | A | Distribution | J | T | | | | | |
| 17. Bank Deposit Program - Sweep | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mitchell, Suzanne | 07/24/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. First Trust Sabrient Bakers Dozen (Port 2015 Series Term) | A | Dividend | | | Redeemed | 02/24/16 | K | | |
| 19. 3M Company | A | Dividend | | | Buy | 04/18/16 | J | | |
| 20. | | | | | Sold | 09/07/16 | J | | |
| 21. Air Products & Chemicals Incorporated | A | Dividend | J | T | Buy | 08/22/16 | J | | |
| 22. Allstate Corporation | A | Dividend | J | T | Buy | 08/22/16 | J | | |
| 23. Alphabet Incorporated Cap Stk Class A | A | Dividend | J | T | Buy | 04/18/16 | J | | |
| 24. Amazon Com Incorporated | A | Dividend | J | T | Buy | 11/15/16 | J | | |
| 25. Apple Incorporated | A | Dividend | J | T | Buy | 04/18/16 | J | | |
| 26. Becton Dickinson & Company | A | Dividend | J | T | Buy | 09/22/16 | J | | |
| 27. Blackrock Incorporated | A | Dividend | | | Buy | 04/18/16 | J | | |
| 28. | | | | | Sold | 10/31/16 | J | | |
| 29. CME Group Incorporated | A | Dividend | J | T | Buy | 08/26/16 | J | | |
| 30. CVS Health Corporation | A | Dividend | J | T | Buy | 04/18/16 | J | | |
| 31. Cardinal Health Incorporated | A | Dividend | J | T | Buy | 09/07/16 | J | | |
| 32. Carnival Corporation Paired CTF | A | Dividend | J | T | Buy | 08/26/16 | J | | |
| 33. Cognizant Technology | A | Dividend | J | T | Buy | 09/15/16 | J | | |
| 34. Colgate Palmmolive Company | A | Dividend | J | T | Buy | 04/18/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mitchell, Suzzanne | 07/24/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Disney Walt Company Com | A | Dividend | J | T | Buy | 04/18/16 | J | | |
| 36. Express Scripts Hldg Company | A | Dividend | J | T | Buy | 08/22/16 | J | | |
| 37. First Trust Sabrient Bakers Dozen (Port 2016 Series Term) | A | Dividend | K | T | Buy | 02/25/16 | K | | |
| 38. Facebook Incorporated Classs A | A | Dividend | J | T | Buy | 06/30/16 | J | | |
| 39. General Dynamics Corporation | A | Dividend | J | T | Buy | 09/07/16 | J | | |
| 40. Grainger WW Incorporated | A | Dividend | | | Buy | 04/18/16 | J | | |
| 41. | | | | | Sold | 09/07/16 | J | | |
| 42. Home Depot Incorporated | A | Dividend | J | T | Buy | 09/07/16 | J | | |
| 43. Honeywell International Incorporated | A | Dividend | J | T | Buy | 04/18/16 | J | | |
| 44. Intercontinental Exchange Incorporated | A | Dividend | J | T | Buy | 09/07/16 | J | | |
| 45. International Flavors & Fragrance | A | Dividend | | | Buy | 04/18/16 | J | | |
| 46. | | | | | Sold | 11/15/16 | J | | |
| 47. JP Morgan Chase | A | Distribution | J | T | Buy | 08/22/16 | J | | |
| 48. Kansas City Southern Com New | A | Dividend | J | T | Buy | 08/26/16 | J | | |
| 49. Kraft Heinz Company | A | Dividend | J | T | Buy | 10/31/16 | J | | |
| 50. Lowes Companies Incorporated | A | Dividend | | | Buy | 04/18/16 | J | | |
| 51. | | | | | Sold | 08/22/16 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mitchell, Suzzanne | 07/24/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Mastercsrd Incorporated Class A | A | Dividend | | | Buy | 04/18/16 | J | | |
| 53. | | | | | Sold | 08/22/16 | J | | |
| 54. Mircrosoft Corporation | A | Dividend | J | T | Buy | 04/18/16 | J | | |
| 55. Microchip Technology Incorporated | A | Dividend | J | T | Buy | 09/07/16 | J | | |
| 56. O REilly Automotive Incorporated New | A | Dividend | J | T | Buy | 09/07/16 | J | | |
| 57. Oracle Corporation | A | Dividend | J | T | Buy | 09/07/16 | J | | |
| 58. Pepsico Incorporated | A | Dividend | J | T | Buy | 04/18/16 | J | | |
| 59. Pfizer Incorporated | A | Dividend | J | T | Buy | 11/15/16 | J | | |
| 60. Priceline GRP Incorporated Com New | A | Dividend | | | Buy | 04/18/16 | J | | |
| 61. | | | | | Sold | 06/30/16 | J | | |
| 62. Salesforce Com Incorporated | A | Dividend | J | T | Buy | 04/18/16 | J | | |
| 63. Sherwin Williams Company | A | Dividend | | | Buy | 04/18/16 | J | | |
| 64. | | | | | Sold | 08/22/16 | J | | |
| 65. Starbucks Corporation | A | Dividend | J | T | Buy | 04/18/16 | J | | |
| 66. Synchrony Finl | A | Dividend | J | T | Buy | 10/31/16 | J | | |
| 67. Time Warner Incorporated | A | Dividend | J | T | Buy | 08/22/16 | J | | |
| 68. TJX Companies Incorporated New | A | Dividend | | | Buy | 04/18/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mitchell, Suzzanne | 07/24/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold | 08/26/16 | J | | |
| 70. Tractor Supply Company | A | Dividend | | | Buy | 04/18/16 | J | | |
| 71. | | | | | Sold | 09/07/16 | J | | |
| 72. Union Pac Corporation | A | Dividend | J | T | Buy | 09/07/16 | J | | |
| 73. UnitedHealth Group Incorporated | A | Dividend | J | T | Buy | 04/18/16 | J | | |
| 74. Ventas incorporated REIT | A | Dividend | | | Buy | 04/18/16 | J | | |
| 75. | | | | | Sold | 08/22/16 | J | | |
| 76. Verizon Communications Incorporated | A | Dividend | J | T | Buy | 09/07/16 | J | | |
| 77. Versum Matls Incorpoated | A | Dividend | J | T | Buy | 10/03/16 | J | | |
| 78. Visa Incorporated Com Class A | A | Dividend | J | T | Buy | 04/18/16 | J | | |
| 79. Wells Fargo & Company New | A | Dividend | J | T | Buy | 04/18/16 | J | | |
| 80. Accenture PLC Ireland SHS Class A | A | Dividend | J | T | Buy | 04/18/16 | J | | |
| 81. Eaton Corporation PLC SHS Ireland | A | Dividend | J | T | Buy | 08/22/16 | J | | |
| 82. Ingersoll-Rand PLC SHS Ireland | A | Dividend | J | T | Buy | 08/22/16 | J | | |
| 83. Medtronic PLC SHS Ireland | A | Dividend | J | T | Buy | 09/22/16 | J | | |
| 84. Chubb Limited Switzerland | A | Dividend | J | T | Buy | 08/22/16 | J | | |
| 85. NXP Semiconductors NV Netherlands | A | Dividend | J | T | Buy | 09/15/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mitchell, Suzzanne | 07/24/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | | | | | |
| 87. EDWARD JONES ACCOUNTS (H) | | | | | | | | | |
| 88. Edward Jones #1 (H) | | | | | | | | | |
| 89. Money Market | A | Interest | | | Distributed | 01/26/16 | J | | |
| 90. Walt Disney Company stock | A | Dividend | | | Sold | 01/26/16 | J | | |
| 91. Edward Jones #2 (H) | | | | | | | | | |
| 92. Money Market | A | Interest | | | Distributed | 01/26/16 | J | | |
| 93. Oracle Corporation Stock | A | Dividend | | | Sold | 01/26/16 | J | | |
| 94. Edward Jones #3 (H) | | | | | | | | | |
| 95. Money Market | A | Interest | | | Distributed | 01/26/16 | J | | |
| 96. | | | | | | | | | |
| 97. EDWARD JONES 529 COLLEGE SAVINGS PLANS (H) | | | | | | | | | |
| 98. EDJ 529 College Savings Plan #1 (H) | | | | | | | | | |
| 99. Capital Income Builder Fund | A | Int./Div. | | | Distributed | 02/18/16 | J | | |
| 100. Capital World Growth and Income Fund | A | Int./Div. | | | Distributed | 02/18/16 | J | | |
| 101. Fundamental Investors Fund | A | Int./Div. | | | Distributed | 02/18/16 | J | | |
| 102. EDJ 529 College Savings Plan #3 (H) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mitchell, Suzzanne | 07/24/2017 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Capital Income Builder Fund | A | Int./Div. | | | Distributed | 02/18/16 | J | | |
| 104. Capital World Growth and Income Fund | A | Int./Div. | | | Distributed | 02/18/16 | J | | |
| 105. Fundamental Investors Fund | A | Int./Div. | | | Distributed | 02/18/16 | J | | |
| 106. | | | | | | | | | |
| 107. FULKERSON FAMILY REVOCABLE TRUST (H) | | | | | | | | | |
| 108. Chevron Stock | A | Dividend | J | T | | | | | |
| 109. Real Estate Parcel #1, Cleveland Cty, OK See Part VIII. | | None | J | S | | | | | |
| 110. Real Estate Parcel #2, Cleveland Cty, OK See Part VIII. | | None | J | S | | | | | |
| 111. Real Estate Parcel #3, Cleveland Cty, OK See Part VIII. | | None | J | S | | | | | |
| 112. Real Estate Parcel #4, Cleveland Cty, OK See Part VIII. | | None | J | S | | | | | |
| 113. | | | | | | | | | |
| 114. PARTNERSHIP INVESTMENTS (H) | | | | | | | | | |
| 115. Legacy Financial Services Group, LLC 1.07616% | B | Distribution | J | U | | | | | |
| 116. | | | | | | | | | |
| 117. ARNOLD & PORTER LLP PROFIT SHARING AND 401(K) PLAN (H) | | | | | | | | | |
| 118. T. Rowe Price Mid Cap Growth | B | Dividend | K | T | | | | | |
| 119. Fidelity Contrafund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Vanguard Small Cap Index Inst | B | Dividend | J | T | | | | | |
| 121. | | | | | | | | | |
| 122. FIDELITY INVESTMENTS ROLLOVER IRA (H) | | | | | | | | | |
| 123. Fidelity Low Priced Stock | A | Dividend | J | T | | | | | |
| 124. Fidelity Select Multimedia | A | Dividend | J | T | | | | | |
| 125. | | | | | | | | | |
| 126. MCAFEE & TAFT 401(K) (H) | | | | | | | | | |
| 127. SPTN 500 Index Inst | D | Int./Div. | N | T | Buy (add'l) | 01/15/16 | J | | |
| 128. | | | | | Buy (add'l) | 01/29/16 | J | | |
| 129. | | | | | Buy (add'l) | 02/12/16 | J | | |
| 130. | | | | | Buy (add'l) | 02/29/16 | J | | |
| 131. | | | | | Buy (add'l) | 03/15/16 | J | | |
| 132. | | | | | Buy (add'l) | 03/31/16 | J | | |
| 133. | | | | | Buy (add'l) | 04/15/16 | J | | |
| 134. | | | | | Buy (add'l) | 04/29/16 | J | | |
| 135. | | | | | Buy (add'l) | 05/13/16 | J | | |
| 136. | | | | | Buy (add'l) | 05/17/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mitchell, Suzzanne | 07/24/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Buy (add'l) | 05/31/16 | J | | |
| 138. | | | | | Buy (add'l) | 06/15/16 | J | | |
| 139. | | | | | Buy (add'l) | 06/23/16 | K | | |
| 140. | | | | | Buy (add'l) | 06/30/16 | J | | |
| 141. | | | | | Buy (add'l) | 07/15/16 | J | | |
| 142. | | | | | Buy (add'l) | 07/29/16 | J | | |
| 143. | | | | | Buy (add'l) | 08/15/16 | J | | |
| 144. | | | | | Buy (add'l) | 08/31/16 | J | | |
| 145. | | | | | Buy (add'l) | 09/15/16 | J | | |
| 146. | | | | | Buy (add'l) | 09/30/16 | J | | |
| 147. | | | | | Buy (add'l) | 10/14/16 | J | | |
| 148. | | | | | Buy (add'l) | 10/31/16 | J | | |
| 149. | | | | | Buy (add'l) | 11/15/16 | J | | |
| 150. | | | | | Buy (add'l) | 11/30/16 | J | | |
| 151. | | | | | Buy (add'l) | 12/15/16 | J | | |
| 152. | | | | | Buy (add'l) | 12/30/16 | J | | |
| 153. Fidelity Contrafund K | D | Int./Div. | M | T | Buy (add'l) | 01/15/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mitchell, Suzzanne | 07/24/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Buy (add'l) | 01/29/16 | J | | |
| 155. | | | | | Buy (add'l) | 02/12/16 | J | | |
| 156. | | | | | Buy (add'l) | 02/29/16 | J | | |
| 157. | | | | | Buy (add'l) | 03/15/16 | J | | |
| 158. | | | | | Buy (add'l) | 03/31/16 | J | | |
| 159. | | | | | Buy (add'l) | 04/15/16 | J | | |
| 160. | | | | | Buy (add'l) | 04/29/16 | J | | |
| 161. | | | | | Buy (add'l) | 05/13/16 | J | | |
| 162. | | | | | Buy (add'l) | 05/17/16 | J | | |
| 163. | | | | | Buy (add'l) | 05/31/16 | J | | |
| 164. | | | | | Buy (add'l) | 06/15/16 | J | | |
| 165. | | | | | Buy (add'l) | 06/23/16 | J | | |
| 166. | | | | | Buy (add'l) | 06/30/16 | J | | |
| 167. | | | | | Buy (add'l) | 07/15/16 | J | | |
| 168. | | | | | Buy (add'l) | 07/29/16 | J | | |
| 169. | | | | | Buy (add'l) | 08/15/16 | J | | |
| 170. | | | | | Buy (add'l) | 08/31/16 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mitchell, Suzzanne | 07/24/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Buy (add'l) | 09/15/16 | J | | |
| 172. | | | | | Buy (add'l) | 09/30/16 | J | | |
| 173. | | | | | Buy (add'l) | 10/14/16 | J | | |
| 174. | | | | | Buy (add'l) | 10/31/16 | J | | |
| 175. | | | | | Buy (add'l) | 11/15/16 | J | | |
| 176. | | | | | Buy (add'l) | 11/30/16 | J | | |
| 177. | | | | | Buy (add'l) | 12/15/16 | J | | |
| 178. | | | | | Buy (add'l) | 12/30/16 | J | | |
| 179. Fidelity Low Priced Stock | A | Int./Div. | | | Merged (with line 181) | 09/13/16 | M | | |
| 180. Fidelity Mid Cap Stock K | D | Int./Div. | | | Merged (with line 183) | 09/14/16 | M | | |
| 181. JH Discpl Value Midcap | D | Int./Div. | N | T | | | | | |
| 182. Fidelity Diversified International K | A | Int./Div. | K | T | | | | | |
| 183. MM SEL Mid Cap GR I | D | Int./Div. | M | T | | | | | |
| 184. | | | | | | | | | |
| 185. SCHWAB ROLLOWVER IRA (H) | | | | | | | | | |
| 186. Pimco Fundamental Index Plus AR FD CL D | A | Int./Div. | | | Sold | 08/11/16 | J | | |
| 187. Vulcan Value Partners Fund | A | Int./Div. | | | Sold | 08/11/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mitchell, Suzzanne | 07/24/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Dodge & Cox Stock Fund | A | Int./Div. | | | Sold | 08/11/16 | K | | |
| 189. Schwab Total Stock Market Index Fund | B | Int./Div. | K | T | Buy | 08/11/16 | K | | |
| 190. | | | | | | | | | |
| 191. ETRADE BROKERAGE ACCOUNTS (H) | | | | | | | | | |
| 192. ETrade Account #1 (H) | | | | | | | | | |
| 193. Ford Motor Co | A | Int./Div. | J | T | | | | | |
| 194. Nuance Communications | A | Int./Div. | J | T | | | | | |
| 195. Powershares Exchange Traded Fund | A | Int./Div. | J | T | | | | | |
| 196. Oneok Partners LP | A | Int./Div. | J | T | | | | | |
| 197. Berkshire Hathaway | A | Int./Div. | J | T | | | | | |
| 198. Etrade Account #2 (H) | | | | | | | | | |
| 199. Coca Cola Bottling Co | A | Int./Div. | J | T | | | | | |
| 200. Schwab S&P 500 Fund | A | Int./Div. | J | T | | | | | |
| 201. | | | | | | | | | |
| 202. OKLAHOMA 529 COLLEGE SAVINGS PLANS (H) | | | | | | | | | |
| 203. OK 529 College Savings Plan #1 (H) | | | | | | | | | |
| 204. US Equity Index Option | A | Dividend | | | Distributed | 06/08/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mitchell, Suzanne | 07/24/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. Aggressive Managed Allocation Age 18+ | A | Dividend | | | Distributed | 06/08/16 | J | | |
| 206. Moderate Managed Allocation Age 18+ | A | Dividend | K | T | | | | | |
| 207. Guaranteed Option | A | Int./Div. | J | T | Buy | 01/19/16 | K | | |
| 208. | | | | | Buy (add'l) | 02/23/16 | J | | |
| 209. | | | | | Sold | 02/24/16 | J | | |
| 210. | | | | | Distributed (part) | 06/08/16 | K | | |
| 211. | | | | | Distributed (part) | 11/3/16 | K | | |
| 212. | | | | | | | | | |
| 213. OK 529 College Savings Plan #2 (H) | | | | | | | | | |
| 214. Aggressive Managed Allocation 18+ | A | Dividend | J | T | | | | | |
| 215. US Equity Index Option | A | Dividend | J | T | Distributed (part) | 09/06/16 | J | | |
| 216. Guaranteed Option | A | Int./Div. | J | T | Buy | 02/24/16 | J | | |
| 217. | | | | | | | | | |
| 218. OK 529 College Savings Plan #3 (H) | | | | | | | | | |
| 219. Conservative Managed Allocation Age 18+ | A | Dividend | | | Distributed | 01/26/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mitchell, Suzzanne | 07/24/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

ADDITIONAL INFORMATION REGARDING PART VI, LIABILITIES
Line 2, Sun Trust Mortgage should have been reported as code N in prior year.
A portion of the mortgage is allocable to Personal Proerty (Code N) and a portion is allocable to Rental Property on Part VII, Line 2 (Code M).


ADDITIONAL INFORMATION REGARDING PART VII, LINES 109-112, REAL ESTATE PARCELS, CLEVELAND COUNTY, OK:
Parcels are owned through a family revocable trust.
Taxable value of Parcel 1, Part VII Line 109 is 4,000.
Taxable value of Parcel 2, Part VII Line 110 is $12,360.
Taxable value of Parcel 3, Part VII Line 111 is $2,000.
Taxable value of Parcel 4, Part VII Line 112 is $12,500.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Suzzanne Mitchell**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544